# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

136164 & (15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re STEVEN TROY, a legally incapacitated
person

_____

ROSEMARY REED,
                Respondent-Appellant,

v

SC: 136164
COA: 279852
Ingham CC:  06-000840-AV
Ingham Probate Court: G-3056

ROBIN LEARY and MICHAEL TROY,
                Petitioners-Appellees.

_____/

       On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the February 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       KELLY, J., would remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

s0716